FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2022

No. 04-22-00089-CR

Jessie Jermaine **PEARSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7768
Honorable Melisa C. Skinner, Judge Presiding

## C O R R E C T E D   O R D E R

Appellant's brief was originally due April 27, 2022; however, the court granted an extension of time to file the brief until May 27, 2022. On May 27, 2022, appellant filed a motion requesting until June 27, 2022 to file the brief.

We **grant** the motion and order appellant's attorney, H. Todd McCray, to file the brief by June 27, 2022. Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court